[Nos. 6447-6-III; 6452-2-III.   Division Three.   August 8, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOHN CASTILLO, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Yakima County, No. 83-1-00914-1, Bruce P. Hanson, J., entered April 13, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 7975-5-II.   Division Two.   August 9, 1985.]

ANTON J. MILLER, *Appellant*, v. ARTHUR KNODEL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-01762-2, J. Kelley Arnold, J., entered June 26, 1984. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 12633-4-I.   Division One.   August 12, 1985.]

FRED W. HENDRICKS, *Appellant*, v. THE BOARD OF PHARMACY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-10593-9, Frank J. Eberharter, J., entered December 3, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett, C.J., and Petrie, J. Pro Tem.